IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| TASHA MICHELLE PARKER, | * |
| Plaintiff, | * |
| v. | Case No. 7:22-cv-79 (HL) |
| | * |
| LOWNDES COUTNY JAIL, | * |
| Defendant. | * |
| | * |

## **J U D G M E N T**

Pursuant to this Court's Order dated December 5, 2022, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case. Plaintiff shall recover nothing of Defendant.

This 5th day of December, 2022.

David W. Bunt, Clerk

s/ Kathleen S. Logsdon, Deputy Clerk